UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1-21-cv-252-MOC

| | |
|---|---|
| CHRISTOPHER GUILKEY, )<br>Plaintiff, )<br> )<br>v. )<br> ) **ORDER**<br> )<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br> )<br>Defendant. ) | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. (Doc. No. 13). Plaintiff's counsel has indicated that he does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS THEREORE ORDERED** that:

(1) Defendant's Motion for Remand, (Doc. No. 13), is **GRANTED**.

(2) Plaintiff's Motion for Summary Judgment, (Doc. No. 11), is **TERMINATED** as moot.

Signed: May 6, 2022

Max O. Cogburn Jr.
United States District Judge